Order Filed on January 10, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

**NORGAARD O'BOYLE & HANNON**

184 Grand Avenue

Englewood, New Jersey 07631

Telephone Number (201) 871-1333

Facsimile Number (201) 871-3161

Attorneys for Debtors,

By:   Brian G. Hannon, Esq.
        bhannon@norgaardfirm.com

In re:

Michael Wisnovsky and Linda Wisnovsky,

Debtors.

Case No.: 23-21681-SLM

Hearing Date: 1/10/2024

Judge: Honorable Stacey L. Meisel

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 10, 2024**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**In re: Michael Wisnovsky and Linda Wisnovsky**
**Case No.: 23-21681-SLM**
**Caption: ORDER EXTENDING THE AUTOMATIC STAY**

THIS MATTER having been opened before the Court by Michael Wisnovsky and Linda Wisnovsky (the "Debtors"), by and through their attorneys, Norgaard O'Boyle & Hannon, for an Order extending the automatic stay pursuant to Bankruptcy Code Sec. 362(c)(3)(B) as to all creditors beyond the first 30 days following the commencement of the case, and for good cause shown;

IT IS **ORDERED**, subject to the rights of parties to seek relief from the Automatic Stay under 11 U.S.C. Sec. 362(d), the automatic stay of Bankruptcy Code Sec. 362(a) shall be and hereby is continued as to all creditors for the duration of this Chapter 13 proceeding, or until
^properly served
such time as the stay is terminated under 11 U.S.C. Sec. 362(c)(1) or (c)(2).