UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| **Marie-Ann Greenberg**<br>**Standing Chapter 13 Trustee**<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | **ARS National Services Inc.**<br>PO Box 469100<br>Escondido, CA 92046-9100 | **Capital One**<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| **Capital One Bank USA NA**<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | **Capital One/Lord & Taylor**<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | **Citicards CBNA**<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| **Comenity Bank/Avenue**<br>PO Box 182789<br>Columbus, OH 43218-2789 | **Comenity Bank/Lane Bryant**<br>PO Box 182789<br>Columbus, OH 43218-2789 | **Comenity Bank/Pier 1**<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| **Comenity Bank/Womnwthn**<br>PO Box 182789<br>Columbus, OH 43218-2789 | **Credit Corp Solutions Inc.**<br>121 W Election Rd Ste 200<br>Draper, UT 84020-7766 | **Credit First National Association**<br>PO Box 81315<br>Cleveland, OH 44181-0315 |
| **Credit One Bank**<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | **Denise Carlon, Esq.**<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | **Discover Fincl Svc LLC**<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| **IRS-Centralized Insolvency Operations**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **JPMCB Card Services**<br>PO Box 15369<br>Wilmington, DE 19850-5369 | **Kohls Department Store**<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| **Mission Lane, LLC**<br>PO Box 105286<br>Atlanta, GA 30348-5286 | **Morton & Craig, LLC**<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | **OneMain**<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| **PNC Bank Mortgage Services**<br>PO Box 8703<br>Dayton, OH 45401-8703 | **Portfolio Recovery**<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4962 | **Quality Dental Care, P.C.**<br>34 Wisse St Ste 23<br>Lodi, NJ 07644-3828 |
| **Santander Consumer USA, Inc.**<br>**dba, Chrysler Capital**<br>PO Box 961245<br>Fort Worth, TX 76161-0245 | **Sears/CBNA**<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | **Shell/ Citibank CBNA**<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| **SYNCB/Amazon PLCC**<br>PO Box 965015<br>Orlando, FL 32896-5015 | **SYNCB/HSN**<br>PO Box 965017<br>Orlando, FL 32896-5017 | **SYNCB/JC Penney**<br>PO Box 965007<br>Orlando, FL 32896-5007 |

**SYNCB/LA-Z Boy**
c/o PO Box 965036
Orlando, FL 32896-5036

**SYNCB/Lowes**
PO Box 965005
Orlando, FL 32896-5005

**SYNCB/PC Richards**
PO Box 965036
Orlando, FL 32896-5036

**SYNCB/PPC**
PO Box 965005
Orlando, FL 32896-5005

**SYNCB/TJX CO PLCC**
PO Box 965015
Orlando, FL 32896-5015

**Synchrony Bank by AIS InfoSource, LP**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Telecom Self Reported/DisneyPlus**
PO Box 4500
Allen, TX 75013-1311

**Telecom Self Reported/Netflix**
PO Box 4500
Allen, TX 75013-1311

**Telecom Self Reported/Verizon**
PO Box 4500
Allen, TX 75013-1311

**The Home Depot/CBNA**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Utility Self Reported/Public Service Ent**
PO Box 4500
Allen, TX 75013-1311

**Webbank/Fingerhut**
6250 Ridgewood Rd
Saint Cloud, MN 56395-2001

**Webbank/LendingClub Corporation**
595 Market St Ste 200
San Francisco, CA 94105-280

**Michael and Linda Wisnovsky**
3 Wendy Ter
Garfield, NJ 07026-1127