| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>**NORGAARD O'BOYLE & HANNON**<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone Number (201) 871-1333<br>Facsimile Number (201) 871-3161<br>Attorneys for Debtors,<br>By:    Brian G. Hannon, Esq.<br>        *bhannon@norgaardfirm.com* | Order Filed on January 10, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Michael Wisnovsky and Linda Wisnovsky,<br><br>                              Debtors. | Case No.: 23-21681-SLM<br><br>Hearing Date: 1/10/2024<br><br>Judge: Honorable Stacey L. Meisel |

## ORDER EXTENDING THE AUTOMATIC STAY

      The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 10, 2024**

                                                            */s/ Stacey L. Meisel*
                                                Honorable Stacey L. Meisel
                                                United States Bankruptcy Judge

**In re: Michael Wisnovsky and Linda Wisnovsky**
**Case No.: 23-21681-SLM**
**Caption: ORDER EXTENDING THE AUTOMATIC STAY**

THIS MATTER having been opened before the Court by Michael Wisnovsky and Linda Wisnovsky (the "Debtors"), by and through their attorneys, Norgaard O'Boyle & Hannon, for an Order extending the automatic stay pursuant to Bankruptcy Code Sec. 362(c)(3)(B) as to all creditors beyond the first 30 days following the commencement of the case, and for good cause shown;

IT IS **ORDERED**, subject to the rights of parties to seek relief from the Automatic Stay under 11 U.S.C. Sec. 362(d), the automatic stay of Bankruptcy Code Sec. 362(a) shall be and hereby is continued as to all creditors ^properly served for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. Sec. 362(c)(1) or (c)(2).

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Wisnovsky  
Linda Wisnovsky  
    Debtors

Case No. 23-21681-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Jan 10, 2024      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Ter, Garfield, NJ 07026-1127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5