Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21681−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Wisnovsky | Linda Wisnovsky |
| 3 Wendy Ter | 3 Wendy Ter |
| Garfield, NJ 07026−1127 | Garfield, NJ 07026−1127 |

Social Security No.:
xxx−xx−1508                                    xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 11, 2024.

Dated: April 11, 2024
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21681-SLM |
| Michael Wisnovsky | Chapter 13 |
| Linda Wisnovsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 11, 2024 | Form ID: plncf13 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Ter, Garfield, NJ 07026-1127 |
| 520114514 | + | Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520114520 | #+ | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 520114522 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 520114524 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 520114541 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 520114543 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520114502 | | Email/Text: legal@arsnational.com | Apr 11 2024 20:37:00 | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 520114511 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 11 2024 20:36:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 520127274 | | Email/Text: BKPT@cfna.com | Apr 11 2024 20:36:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520114503 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 21:11:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520114504 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 20:59:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520121612 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 20:58:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520114505 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 20:47:55 | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 520167055 | + | Email/Text: bnc@bass-associates.com | Apr 11 2024 20:36:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 520114506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 20:58:57 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114507 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 11 2024 20:37:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 520114508 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 20:37:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 520114509 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 20:37:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 520114510 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 20:37:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 520114512 | | Email/Text: BKPT@cfna.com | Apr 11 2024 20:36:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 520114513 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2024 20:48:16 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520114515 | | Email/Text: mrdiscen@discover.com | Apr 11 2024 20:37:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 520122594 | | Email/Text: mrdiscen@discover.com | Apr 11 2024 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520114516 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2024 20:37:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520114517 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 11 2024 21:11:44 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520114518 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 11 2024 20:37:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520147045 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 20:47:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520114519 | | Email/Text: ml-ebn@missionlane.com | Apr 11 2024 20:36:00 | Mission Lane, LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520115101 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 20:37:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 520169409 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 20:37:00 | Nissan-Infiniti LT LLC, fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520114521 | | Email/PDF: cbp@omf.com | Apr 11 2024 20:47:10 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 520138518 | + | Email/PDF: cbp@omf.com | Apr 11 2024 20:58:46 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520171427 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2024 20:37:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520170211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 20:58:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520114523 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 20:58:39 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 520120526 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2024 20:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520122464 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2024 20:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520114528 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:58:52 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 520114529 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 21:11:32 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 520114530 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:47:37 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: plncf13 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 520114531 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:47:37 | SYNCB/LA-Z Boy, c/o PO Box 965036, Orlando, FL 32896-5036 |
| 520114532 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:58:40 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 520114533 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:47:10 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 520114534 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:47:10 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 520114535 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:47:09 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 520114525 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 11 2024 20:38:00 | Santander Consumer USA, Inc., dba, Chrysler Capital PO Box 961245, Fort Worth, TX 76161-0244 |
| 520131819 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 11 2024 20:38:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520114526 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 20:58:47 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114527 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 20:48:13 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114536 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 21:10:31 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520114537 | ^ | MEBN | Apr 11 2024 21:12:44 | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 520114538 | ^ | MEBN | Apr 11 2024 21:12:44 | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 520114539 | ^ | MEBN | Apr 11 2024 21:12:44 | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 520114540 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 21:10:34 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114542 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 11 2024 20:38:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024          Signature:    /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 11, 2024 | Form ID: plncf13 | Total Noticed: 58

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5