Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−21681−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Wisnovsky
3 Wendy Ter
Garfield, NJ 07026−1127

Linda Wisnovsky
3 Wendy Ter
Garfield, NJ 07026−1127

Social Security No.:
xxx−xx−1508

xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on May 9, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 9, 2025
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21681-SLM
Michael Wisnovsky  Chapter 13
Linda Wisnovsky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: May 09, 2025  Form ID: 148  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Ter, Garfield, NJ 07026-1127 |
| 520114514 | + | Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520114522 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 520114524 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 520114541 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 520114543 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520114502 | | Email/Text: legal@arsnational.com | May 09 2025 20:43:00 | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 520114511 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 09 2025 20:42:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 520127274 | | EDI: CRFRSTNA.COM | May 10 2025 00:33:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520114503 | | EDI: CAPITALONE.COM | May 10 2025 00:33:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520114504 | | EDI: CAPITALONE.COM | May 10 2025 00:33:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520121612 | + | EDI: AIS.COM | May 10 2025 00:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520114505 | | EDI: CAPITALONE.COM | May 10 2025 00:33:00 | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 520167055 | + | EDI: BASSASSOC.COM | May 10 2025 00:33:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 520114506 | | EDI: CITICORP | May 10 2025 00:33:00 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114507 | | EDI: WFNNB.COM | | |

| Record # | Method | Date/Time | Recipient |
|---|---|---|---|
| | | May 10 2025 00:33:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 520114508 | EDI: WFNNB.COM | May 10 2025 00:33:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 520114509 | EDI: WFNNB.COM | May 10 2025 00:33:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 520114510 | EDI: WFNNB.COM | May 10 2025 00:33:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 520114512 | EDI: CRFRSTNA.COM | May 10 2025 00:33:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 520114513 | Email/PDF: creditonebknotifications@resurgent.com | May 09 2025 20:55:03 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520114515 | EDI: DISCOVER | May 10 2025 00:33:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 520122594 | EDI: DISCOVER | May 10 2025 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520114516 | EDI: IRS.COM | May 10 2025 00:33:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520114517 | EDI: JPMORGANCHASE | May 10 2025 00:33:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520114518 | EDI: CAPITALONE.COM | May 10 2025 00:33:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520147045 | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2025 20:54:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520114519 | Email/Text: ml-ebn@missionlane.com | May 09 2025 20:42:00 | Mission Lane, LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520115101 | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 09 2025 20:42:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 520169409 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 09 2025 20:42:00 | Nissan-Infiniti LT LLC, fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520114521 | EDI: AGFINANCE.COM | May 10 2025 00:33:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 520138518 | + EDI: AGFINANCE.COM | May 10 2025 00:33:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520171427 | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2025 20:42:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520170211 | EDI: PRA.COM | May 10 2025 00:33:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520114523 | EDI: PRA.COM | May 10 2025 00:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 520120526 | EDI: Q3G.COM | May 10 2025 00:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520122464 | EDI: Q3G.COM | May 10 2025 00:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520114528 | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 520114529 | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 520114530 | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 09, 2025 | Form ID: 148 | Total Noticed: 57 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520114531 | | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/LA-Z Boy, c/o PO Box 965036, Orlando, FL 32896-5036 |
| 520114532 | | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 520114533 | | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 520114534 | | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 520114535 | | EDI: SYNC | May 10 2025 00:33:00 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 520114525 | + | Email/Text: enotifications@santanderconsumerusa.com | May 09 2025 20:43:00 | Santander Consumer USA, Inc., dba, Chrysler Capital PO Box 961245, Fort Worth, TX 76161-0244 |
| 520131819 | + | Email/Text: enotifications@santanderconsumerusa.com | May 09 2025 20:43:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520114526 | | EDI: CITICORP | May 10 2025 00:33:00 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114527 | | EDI: CITICORP | May 10 2025 00:33:00 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114536 | + | EDI: AISACG.COM | May 10 2025 00:33:00 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520114537 | ^ | MEBN | May 09 2025 20:42:10 | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 520114538 | ^ | MEBN | May 09 2025 20:42:11 | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 520114539 | ^ | MEBN | May 09 2025 20:42:11 | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 520114540 | | EDI: CITICORP | May 10 2025 00:33:00 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520114542 | + | EDI: BLUESTEM | May 10 2025 00:33:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520114520 | ##+ | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 09, 2025 | Form ID: 148 | Total Noticed: 57 |

Date: May 11, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5