Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−21681−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Michael Wisnovsky | Linda Wisnovsky |
| 3 Wendy Ter | 3 Wendy Ter |
| Garfield, NJ 07026−1127 | Garfield, NJ 07026−1127 |

Social Security No.:
xxx−xx−1508                                          xxx−xx−8465

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 18, 2025</u>         <u>Stacey L. Meisel</u>
                                                     Judge, United States Bankruptcy Court